# IN THE SUPREME COURT OF THE STATE OF NEVADA

CANYON GATE AT LAS VEGAS, INC., D/B/A CANYON GATE COUNTRY CLUB; AND CLUBCORP HOLDINGS, INC.,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE JAMES CROCKETT, DISTRICT JUDGE,
Respondents,
   and
ELIZABETH BELL,
Real Party in Interest.

No. 78407

FILED

MAR 27 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS OR PROHIBITION

This original, emergency petition for a writ of mandamus or prohibition challenges a January 10, 2019, district court order granting a motion to exclude evidence of a liability waiver.

Mandamus and prohibition are extraordinary remedies, available only when the petitioner has no "plain, speedy and adequate remedy in the ordinary course of law." NRS 34.170; NRS 34.330. The right to appeal in the future, after a final judgment is entered, generally constitutes an adequate and speedy legal remedy precluding writ relief. *D.R. Horton, Inc. v. Eighth Judicial Dist. Court*, 123 Nev. 468, 474-75, 168 P.3d 731, 736 (2007) (describing the considerations in determining whether an appeal can provide an adequate remedy); *see also Archon Corp. v. Eighth*

*Judicial Dist. Court*, 133 Nev., Adv. Op. 101, 407 P.3d 702, 706 (2017) ("A writ of mandamus is not a substitute for an appeal.").

Having considered the petition and supporting documents, we are not convinced that our intervention is warranted. Trial is scheduled to begin next week, and petitioners' ability to appeal from any adverse final judgment resulting therefrom precludes extraordinary relief. Accordingly, we decline to exercise our discretion to consider this writ petition, *D.R. Horton*, 123 Nev. at 475, 168 P.3d at 737 (recognizing this court's broad discretion in determining whether to consider a writ petition), and we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc:  Hon. James Crockett, District Judge
     Lewis Roca Rothgerber Christie LLP/Las Vegas
     Barron & Pruitt, LLP
     Injury Lawyers of Nevada
     Eighth District Court Clerk